JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 494 -- In re AM International, Inc. Securities Litigation

| Date | No. | Pleading Description |
|------|-----|----------------------|
| 81/12/08 | 1 | MOTION, BRIEF, AFFADAVIT, SCHEDULE -- AM International, Inc. -- w/cert. of service<br>SUGGESTED TRANSFEREE COURT: N.D. Illinois<br>SUGGESTED TRANSFEREE JUDGE:                          (cds) |
| 81/12/16 | 2 | REQUEST FOR EXTENSION OF TIME -- John P. Birkelund, Walter E. Hanson and Richard M. Paget -- GRANTED TO ALL TO AND INCLUDING January 11, 1982  (cds) |
| 81/12/16 | 3 | REQUEST FOR EXTENSION OF TIME -- New Court Securities Corp. -- GRANTED TO ALL TO AND INCLUDING January 11, 1982 (cds) |
| 81/12/16 | 4 | REQUEST FOR EXTENSION OF TIME -- Price Waterhouse & Co. -- GRANTED TO ALL TO AND INCLUDING January 11, 1982  (cds) |
| 81/12/18 | 5 | REQUEST FOR EXTENSION OF TIME -- Madison Fund, Inc. -- GRANTED TO ALL PARTIES TO AND INCLUDING January 11, 1982 |
| 81/12/18 |  | APPEARANCES:  THOMAS F. CURNIN, ESQ. for John P. Birkelund; MILTON SHERMAN, ESQ. for Roy L. Ash; LOUIS C. LUSTENBERGER, JR., ESQ. for Price Waterhouse & Co.; MICHAEL I. SMITH, ESQ. for James R. Mellor; JEFFREY BARIST, ESQ. For New Court Securities Corp.; MICHAEL D. DEMPSEY, ESQ. for Robert H. Lander; ROBERT S. SCHACHTER, ESQ. for William A. Kass, et al.; JARED SPECTHRIE, ESQ. for Marcus Weisman; RICHARD D. GREENFIELD, ESQ. for E.D. Dubowski; W. DONALD McSWEENEY, ESQ. for AM International, Inc.; Jean Allard, ~~Richard B. Black~~, George Kelm, Gary E. MacDougal; PETER C. HEIN, ESQ. for Madison, Fund, Inc.  (cds) |
| 81/12/31 | 6 | SUPPLEMENTAL MOTION -- AM International, Inc. w/amended Schedule of actions and cert. of svc.  Notified involved counsel.                          (ds) |
| 82/01/08 | 7 | REQUEST FOR EXTENSION OF TIME -- Price Waterhouse -- GRANTED TO ALL TO AND INCLUDING January 21, 1982 (emh) |
| 82/01/08 | 8 | MOTION, RESPONSE, BRIEF, SCHEDULE, CERT. OF SERVICE -- Def. Robert H. Lander -- adding B-12 as a new action<br>SUGGESTED TRANSFEREE COURT:  C.D. California<br>SUGGESTED TRANSFEREE JUDGE:                          (cds) |
| 82/01/11 | 9 | BRIEF -- pltfs. A-1 Dubowski, A-2 Blankenev, et al. and A-4 Weisman w/cert. of svc.  (ds) |
| 82/01/11 |  | APPEARANCES -- Stanley M. Grossman, Esq. for Herman Kahan; Stanley Nemser, Esq. for Robert Hyman; Abraham J. Brill, Esq. for Meta Morrison                          (ds) |
| 82/01/11 | 10 | SECOND SUPPLEMENTAL MOTION to include actions A-13 & A-14 for transfer to the Northern District of Illinois -- AM International, Inc. w/cert. of svc.  (ds) |
| 82/01/11 | 11 | RESPONSE -- deft. Richard B. Black w/cert. of svc. (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 82/01/20 | 12 | RESPONSE -- pltfs. Hyman & Silverberg w/cert. of svc. (ds) |
| 82/01/20 | | APPEARANCE -- BERNARD M. GROSS, ESQ. for Martina Rucci, et al.                                                        (ds) |
| 82/01/21 | 13 | RESPONSE, BRIEF -- NEW COURT SEC. CORP. w/exhibitss A,B & C, Affidavit  and cert. of service.        (rew) |
| 82/01/21 | 14 | RESPONSE -- Madison Fund, Inc. w/affidavits, exhibits A,B&C &D and Cert. of service.                    (rew) |
| 82/01/21 | 15 | Response -- John P. Birkelund, Walter E. Hanson and Richard Paget w/exhibit A and cert. of service.        (rew) |
| 82/01/21 | 16 | Response -- Statement of James R. Mellor w/cert. of svc.                                                          (rew) |
| 82/01/21 | 17 | RESPONSE -- Dubowski, Blakeney, Francis, Mitchell, Pettit, Wike and Weisman  w/cert. of svc.      (rew) |
| 82/01/21 | 18 | BRIEF -- deft. Roy L. Ash w/cert. of svc.  (ds) |
| 82/01/21 | 19 | RESPONSE/BRIEF -- Price Waterhouse & Co. w/Affidavit & cert. of svc.                                         (ds) |
| 82/01/22 | | HEARING ORDER:  Setting Motions of AM Intern'l, Inc. (to N.D.Ill.) and Robert H. Lander (to C.D.Calif.) for Panel Hearing on February 25, 1982 in Washington, D.C. |
| 82/01/22 | | APPEARANCE -- I.WALTON BADER, ESQ. for pltf. Morris (ds) |
| 82/01/25 | 20 | RESPONSE -- pltfs. Martina Rucci & George Krause, w/cert. svc.                                                    (ds) |
| 82/01/27 | | APPEARANCE -- IRVING MALCHMAN, ESQ.for Herbert Silverberg  (ds) |
| 82/01/27 | 21 | REQUEST FOR EXTENSION OF TIME -- AM International, Inc. GRANTED to & including February 3, 1982  (----) Notified involved counsel                                 (ds) |
| 82/01/28 | 22 | CORRECTIONS TO MOTION OF ROBERT H. LANDER (pldg. #8) filed on 1/08/81 -- Deft. Robert H. Lander w/cert. of svc.(ds) |
| 82/02/03 | 23 | MOTION/BRIEF -- to add B-15 Roncarati, et al. v. AM Intern'l Inc., et al., C.D. Calif., 82-391-AWT -- Pltf. Roncarati, et al. -- w/Schedule, Exhibit and cert. of svc.  (emh) SUGGESTED TRANSFEREE DISTRICT:  C.D. California SUGGESTED TRANSFEREE JUDGE:                    (emh) |
| 82/02/08 | 24 | LETTER -- Notification of an Additional Action (B-15) -- AM International, Inc. -- w/svc. (emh) |
| 82/02/08 | 25 | REQUEST FOR PERMISSION TO FILE LATE RESPONSE -- Pltf. Robert Morris -- GRANTED  (emh) |
| 82/02/08 | 26 | RESPONSE -- Pltf. Robert Morris -- w/cert. of svc. (emh) |
| 82/02/10 | | APPEARANCE -- David B. Gold for Lou Roncarati, et al.   (emh) |

JPML FORM 1A

P. 3

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 494 --

| | | Pleading Description |
|---|---|---|

82/02/16  27   RESPONSE -- Roy L. Ash -- w/cert. of svc. (emh)
82/02/18  28   RESPONSE/MEMORANDUM -- Madison Fund, Inc. -- w/Exhibits and
                cert. of svc.  (emh)

82/02/18  29   RESPONSE -- Pltfs. Dubowski, Blakeney, Francis, Mitchell,
                Pettit, Wike & Weisman -- w/cert. of svc. (emh)

82/02/23       HEARING APPEARANCES -- ALLAN HORWICH, ESQ. for AM International,
               Inc.; RICHARD D. GREENFIELD, ESQ. for E.D. Dubowski; JOHN POWERS
               CROWLEY, ESQ. for Robert Blakeney, et al.; JARED SPECTHRIE, ESQ.
               for Marcus Weisman; ROBERT M. KORNREICH, ESQ. for Robert Hyman;
               BERNARD M. GROSS, ESQ. for Martina Rucci, et al.; MICHAEL D.
               DEMPSEY, ESQ. for Robert H. Lander; I.WALTON BADER, ESQ. for
               Robert Morris, etc.; PAUL F. BENNETT, ESQ. for Lou Roncarati,
               et al.; LOUIS C. LUSTENBERGER, JR., ESQ. for Price Waterhouse;
               THOMAS F. CURNIN, ESQ. for John P. Birkelund, Walter E. Hanson
               and Richard M. Paget: JEFFREY BARIST, ESQ. for New Court
               Securities and PETER C. HEIN, ESQ. for Madison Fund, Inc.  (ds)
82/02/23       WAIVERS -- Herbert Silverberg; Robert Pollock, et al.; Herman
               Kahan; James R. Mellor; Meta Morrison; Roy L. Ash; William
               A. Kass                                        ( ds)

82/03/08       APPEARANCE -- HARRY P. LAMBERSON, ESQ. for Richard B. Black (ds)
82/03/15       TRANSFER ORDER transferring A-1, A-2 and B-14 to the S. D.
               New York for coordinated or consolidated pretrial
               proceedings with the actions pending there pursuant to
               28 U.S.C. §1407. Notified all involved.  (eaf)
82/03/15       CONSENT OF TRANSFEREE DISTRICT COURT for Judge John E.
               Sprizzo to handle litigation for pretrial processing.(eaf
82/03/24       CONDITIONAL TRANSFER ORDER FILED TODAY -- B-15 Roncarati,
               et al. v. AM Int'l Inc., et al., C.D. Cal., 82-391-AWT --
               Notified involved counsel and judges. (eaf)

82/03/25       CONDITIONAL TRANSFER ORDER FILED TODAY --
               B-16 Black v. Roy L. Ash., N.D.Ill., 82-C-1023
               NOTIFIED INVOLVED COUNSEL AND JUDGES. (emh)
82/04/09       CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-15 Roncarati,
               et al. v. AM Intern'l Inc., et al., C.D. Calif., C.A. No.
               82-391-AWT.  Notified involved clerks and judges. (ds)
82/04/12       CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-16 Black v. Roy
               L. Ash, et al., N.D. Illinois, C.A. No. 82-C-1023.
               Notified involved clerks and judges.  (ds)

84/06/21  30   MOTION/BRIEF -- B-17 National Union Fire Insurance Co. of
               Pittsburgh, Pa. v. AM International, Inc., et al., N.D.
               Illinois, 82-B-4922 -- filed by deft. Robert H. Lander --
               w/exhibits and cert. of svc.  (emh)

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _494_ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 84/07/03 | 31 | RESPONSE -- James R. Mellor -- w/cert. of service (cds) |
| 84/07/06 | 32 | RESPONSE --Roy L. Ash -- w/cert. of service (cds) |
| 84/07/06 | 33 | REQUEST FOR EXTENSION OF TIME -- National Union Fire Ins. Co. of Pittsburgh, Pa. -- GRANTED TO AND INCLUDING JULY 20, 1984 (cds) |
| 84/07/09 | 34 | LETTER/RESPONSE -- Price Waterhouse (United Kingdom), Price Waterhouse (Australia), Price Waterhoue (Canada), and Blanchard Chauveau et Associes, S.A. -- w/cert. of service (cds) |
| 84/07/11 | 35 | RESPONSE -- Madison Fund, Inc. and Putnam L. Crafts, Jr. -- w/cert. of service (cds) |
| 84/07/13 | 36 | RESPONSE (to pldge. 30) -- Price Waterhouse -- w/cert. of svc. (emh) |
| 84/07/16 | 37 | RESPONSE -- defts. John P. Birkelund, Arthur F. Kelly, Hugh P. Knowlton and Richard M. Paget w/cert. of svc. (ds) |
| 84/07/16 | 38 | RESPONSE -- pltfs. Herman Kahan, Marcus Weisman, E.D. Dubowski, Robert Blakeney, David Francis, Marie Mitchell, James Pettit, George Wike, Frederick Rand, William Kass, Daniel Kass. Robert Hyman, Meta Morrison, Robert Pollock and Carol Pollock, Robert G. Morris and Herbert Silverberg w/affidavit of svc. (ds) |
| 84/07/20 | 39 | RESPONSE -- National Union Fire Insurance Co. w/cert of svc. and Exhibits A thru H. (ds) |
| 84/07/27 | 40 | REQUEST FOR EXTENSION OF TIME TO FILE REPLY -- Deft. Robert H. Lander -- GRANTED to and including August 10, 1984 (emh) |
| 84/07/27 | 41 | SUPPLEMENTAL RESPONSE -- James R. Mellor -- w/cert. of svc. (emh) |
| 84/08/06 | | HEARING ORDER -- setting motion for transfer of B-17 for Panel Hearing in San Francisco, Calfiornia on September 20, 1984 (ds) |
| 84/08/10 | 42 | SUPPLEMENTAL RESPONSE -- Class Action Plaintiffs, Madison Fund, Inc. and Putnam L. Crafts, Jr. -- w/Exhibit and cert. of service (cds) |

JPML FORM 1A

### DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __494__ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 84/08/10 | 43 | REPLY/BRIEF (to pldg. 30) -- Robert H. Lander -- w/cert. of svc. (emh) |
| ~~84/08/10~~ | ~~42~~ | ~~SUPPLEMENTAL RESPONSE -- Class Action Plaintiffs, Madison Fund, Inc. and Putnam L. Crafts, Jr. -- w/Exhibit and cert. of service. (ds)~~ /emh |
| 84/08/13 | | CORRECTION TO HEARING ORDER AND ATTACHED SCHEDULE OF ACTIONS FILED ON AUGUST 6, 1984 -- corrected to include the adversary proceeding number (re: 82-B-4922, No. 84-A-307 bankruptcy case). Notified involved clerks, judges and counsel. (ds) |
| 84/09/19 | | HEARING APPEARANCES -- MICHAEL D. DEMPSEY, ESQ. for Robert H. Lander and Roy L. Ash; MARC B. DORFINAN, ESQ. for James R. Mellor; RICHARD D. GREENFIELD, ESQ. for E.D. Dubowski; PAUL F. BENNETT, ESQ. for Lou and Ronald Roncarati; DENNIS M. O'DEA, ESQ. for National Union Fire Insurance Co. of Pittsburgh, Pa. (ds) |
| 84/09/19 | | WAIVERS -- AM International, Inc., et al.; James H. Combes; John P. Birkelund, Arthur F. Kelly, Richard Paget and Hugh P. Knowlton; Rothschild Inc.; Price Waterhouse; Madison Fund, Inc. and Putnam L. Crafts; Dr. Paul E. Gray and Mr. William R. Driver, Jr.; Robert Hymen  (ds) |
| 84/09/25 | | TRANSFER ORDER -- transferring B-17 Nat'l Union Fire Insurance Co. of Pittsburgh, Pa. v. AM Intern'l, Inc., et al., N.D. Illinois, Chap. 11 Reorganization No. 82-B-4922, Adversary Porceeding No. 84-A-0307 to the S.D. New York pursuant to 28 U.S.C. §1407.  NOTIFIED clerks, judges and counsel. (emh) |
| 84/09/26 | 44 | RECEIVED IN OPEN COURT ON SEPTEMBER 20, 1984, SAN FRANCISCO, CA. -- Confirmation of Reorganization of Am Intl. filed in N.D. Ill. regarding (B-17) no cert. of svc. (rh) |

JPML Form 1
Revised: 8/78

DOCKET NO. __494__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION:  __IN RE AM INTERNATIONAL, INC. SECURITIES LITIGATION__

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 2/25/82 | | | | | | |
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 3/15/82 | TO | | ~~JUDICIAL~~ S.D.N.Y. | John E. Sprizzo | |

## Special Transferee Information

DATE CLOSED: 4/30/87

JPML FORM 1

LISTING OF INVOLVED ACTIONS

Southern District of New York
Honorable John E. Sprizzo

DOCKET NO. 494 -- IN RE AM INTERNATIONAL INC. SECURITIES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | E.D. Dubowski v. Roy L. Ash, et al. | N.D.Ill. Bua | 81C6229 | 3/1/2 | 82-1732 | 4/30/87 | |
| A-2 | Robert Blakeney, et al. v. Roy L. Ash, et al. | N.D.Ill Aspen | 81C6540 | 3/1/2 | 82-1733 | 1/30/87 | |
| A-3 | Frederick Rand v. Jean Allard, et al. | S.D.N.Y Weinfeld | 81 Civ 7281 | | | 3/2/87 | |
| A-4 | Marcus Weisman v. New Court Securities Corporation, et al. | S.D.N.Y. Sprizzo | 81 Civ 7124 | | | 3/2/87 | |
| A-5 | William A. Kass, et al. v. AM International, Inc., et al. | S.D.N.Y. Sprizzo | 81 Civ 7225 | | | 3/2/87 | |
| A-6 | Madison Fund v. New Court Securities Corporation, et al. | S.D.N.Y. Sprizzo | 81 Civ 7024 | | | 3/2/87 | |
| A-7 | Meta Morrison v. Jean Allard, et al. | S.D.N.Y. Edelstein | 81-7538 | | | 3/2/87 | |
| A-8 | Robert Hyman v. AM International, Inc., et al. | S.D.N.Y. Sprizzo | 81-7543 | | | 3/2/87 | |
| A-9 | Robert Pollock, et al. v. AM International, Inc., et al. | S.D.N.Y. Sprizzo | 81-7584 | | | 3/2/87 | |
| A-10 | Herman Kahan v. AM International, et al. | S.D.N.Y. Sprizzo | 81-7772 | | | 3/6/87 | |
| A-11 | Robert G. Morris v. AM International, Inc., et al. | S.D.N.Y. Sprizzo | 81-7812 | | | 3/6/87 D | |

DOCKET NO. 494 __ -- IN RE AM INTERNATIONAL, INC. SECURITIES LITIGATION _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-12 | Spiegelberg v. AM International, et al. | S.D.N.Y. | | | | | *noc* 1 |
| B-13 | Herbert Silverberg v. AM International Inc., et al. | S.D.N.Y. Sprizzo | 81-8028 | | | 3/2/87D | |
| B-14 | Martina Rucci, et al. v. Roy L. Ash, et al. | E.D.Pa. 6 | 81-5378 | 3/16/82 | 82-1734 | 4/30/87 | |
| B-15 | Lou Roncarati, et al. v. AM Intern'l Inc., et al. 3/11/82 | C.D.Cal. Tashima | 82-391-AWT | 4/9/82 | 82 2494 | 4/30/87 | |
| B-16 | Richard B. Black v. Roy L. Ash, et al. 3/25/82  July 1983- 5 TR /10 442 / 5  July 1984- Same | N.D.Ill. Roszkowski | 82-C-1023 | 4/12/82 | 82-... | 4/30/87 | |
| B-17 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. AM International, Inc., et al.  July 1985- 1 TR/16 Pending  July 1986- Same  July 1987- 6 Dis /0 Pending | N.D.Ill. BK.J. FISHER | 82-B-4922 84-A-0307 | 9/25/84 | 84-7097 | 4/30/87 | |

Closed 4/30/87

JPML Form 4          *B-17* Counsel only   ●

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  494 -- In re AM International, Inc. Securities Litigation

MOTION FILED 6/21/84

NATIONAL UNION FIRE INSURANCE CO.
  OF PITTSBURGH, PA. (B-17)
Dennis M. O'Dea, Esq.
Keck, Mahin & Cate
8300 Sears Tower
233 S. Wacker Drive
Chicago, Illinois  60606

ROY L. ASH
Milton Sherman, Esq.
Kaye, Scholer, Fierman, Hays
  & Handler
425 Park Avenue
New York, New York  10022

ROBERT H. LANDER
Michael D. Dempsey, Esq.
Finley, Kumble, Wagner, Heine,
  Underberg, Manley & Casey
9100 Wilshire Boulevard
Beverly Hills, California  90212

JAMES R. MELLOR
Mark Dorfman, Esq.
Freedman, Levy, Kroll & Simonds
1730 K Street, N.W.
Washington, D.C.  20006

JOHN P. BIRKELUND
RICHARD M. PAGET
ARTHUR F. KELLY
Thomas F. Curnin, Esq.
Cahill, Gordon & Reindel
80 Pine Street
New York, New York  10005

AM INTERNATIONAL, INC.
Lynn Bregman, Esq.
Wilmer, Cutler & Pickering
1666 K Street, N.W.
Washington, D.C.  20006

PRICE WATERHOUSE & CO.
Louis C. Lustenberger, Jr., Esq.
Donovan, Leisure, Newton & Irvine
30 Rockefeller Plaza
New York, New York  10112

PRICE WATERHOUSE (UNITED KINGDOM)
PRICE WATERHOUSE (EUROPE)
PRICE WATERHOUSE (AUSTRALIA)
PRICE WATERHOUSE (CANADA)
PRICE WATERHOUSE (BRAZIL)
James E. Tolan, Esq.
Olwine, Connelly, Chase, O'Donnell
  & Weyher
299 Park Avenue
New York, New York  10171

ROBERT BLAKENEY
David Berger, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103

John Powers Crowley, Esq.
Cotsirilos & Crowley
33 North Dearborn Street
Suite 930
Chicago, Illinois  60602

Alan Casnoff, Esq.
Saul, Ewing, Remick & Saul
One State Street Plaza
New York, New York  10004

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO.  494  -- *Counsel in B-17 only*

==========================================================================

E.D. DUBOWSKI
Richard G. Greenfield, Esq.
Greenfield & Chimicles
110 Montgomery Avenue
Bala-Cynwyd, Pennsylvania  19004

Lawrence H. Eiger, Esq.
Much, Shelist, Freed, Denenberg,
  Ament & Eiger
135 South LaSalle Street
Suite 2323
Chicago, Illinois  60603

RICHARD BLACK
Harry P. Lamberson, Esq.
Chapman & Cutler
111 West Monroe Street
Chicago, Illinois  60603

JAMES H. COMBES
Todd Gordinier, Esq.
Paul, Hastings, Janofsky & Walker
555 South Flower Street
Los Angeles, California  90071

Stuart A. Summit, Esq.
**Burns,** Summit, Robins & Feldesman
445 Park Avenue
New York, New York  10022

ROBERT HYMEN
Arthur N. Abbey, Esq.
212 East 39th Street
New York, New York  10016

Stanley Nemser
Wolf Popper Ross Wolf & Jones
845 Third Avenue
New York, New York  10022

WILLIAM KASS
DANIEL KASS
Robert S. Schachter, Esq.
Kass, Goodkind, Wechsler
  & Labaton
122 East 42nd Street
New York, New York  10168

MADISON FUND, INC.
Peter C. Hein, Esq.
Wachtell, Lipton, Rosen & Katz
299 Park Avenue
New York, New York  10171

FREDERICK RAND
Irving Bizar, Esq.
Pincus, Ohrenstein, Bizar, D'Allessandro
  & Solomon
One Citicorp Center
153 East 53rd Street
New York, New York  10022

MARCUS WEISMAN
Jared Specthrie, Esq.
Milberg, Weiss, Bershad & Specthrie
One Pennsylvania Avenue
New York, New York  10119

HERMAN KAHAN
Mark I. Gross, Esq.
Pomerantz, Levy, Haudeck, Block
  & Grossman
295 Madison Avenue
New York, New York  10017

META MORRISON
Abraham J. Brill, Esq.
445 Park Avenue
New York, New York  10022

Revised 1/19/82

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 494 -- In re AM Internation, Inc. Securities Litigation

| | |
|---|---|
| E. D. DUBOWSKI (A-1)<br>Richard D. Greenfield, Esq.<br>Greenfield & Chimicles, P.C.<br>110 Montgomery Avenue<br>Bala Cynwyd, PA 19004 | ROBERT HYMAN (A-8)<br>Stanley Nemser, Esq.<br>Wolf, Popper, Ross, Wolf & Jones<br>845 Third Avenue<br>New York, New York 10022 |
| ROBERT BLANKENEY, ET AL. (A-2)<br>Stanley R. Wolfe, Esq.<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103 | ROBERT POLLOCK, ET AL. (A-9)<br>Richard A. Bello, Esq.<br>Barr & Bello<br>370 Seventh Avenue<br>New York, New York 10001 |
| FREDERICK RAND (A-3)<br>Irving Bizar, Esq.<br>Pincus, Ohrenstein, Bizar, D'Allessandro<br>& Solomon<br>One Citicorp Center<br>153 East 53rd Street<br>New York, New York 10022 | HERMAN KAHAN (A-10)<br>Marc I Gross, Esq.<br>Pomerantz, Levy, Haudek & Block<br>295 Madison Avenue<br>New York, New York 10017 |
| MARCUS WEISMAN (A-4)<br>Jared Specthrie, Esq.<br>Milberg, Weiss, Bershad & Specthrie<br>One Pennsylvania Plaza<br>New York, New York 10119 | MORRIS (A-11)<br><br>I. Waldon Bader, Esq.<br>Bader & Bader<br>65 Court Street<br>White Plains, New York 10601 |
| WILLIAM A. KASS, ET AL. (A-5)<br>Robert S. Schachter, Esq.<br>Kass, Goodkind, Wechsler & Labaton<br>122 East 42nd Street<br>New York, New York 10168 | HERBERT SILVERBERG (B-13)<br>Irving Malchman, Esq.<br>Kaufman, Taylor & Kimmel<br>475 Park Avenue South<br>New York, New York 10016 |
| MADISON FUND, INC. (A-6)<br>Peter C. Hein, Esq.<br>Wachtell, Lipton, Rosen & Katz<br>299 Park Avenue<br>New York, New York 10171 | |
| META MORRISON (A-7)<br>Abraham J. Brill, Esq.<br>122 East 42nd Street<br>New York, New York 10168 | MARTINA RUCCI, ET AL. (A-14)<br>Bernard M. Gross, Esq.<br>1500 Walnut Street<br>Sixth Floor<br>Philadelphia, Pa. 19102 |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___2_____

DOCKET NO. _494_-- _____

| | |
|---|---|
| AM INTERNATIONAL, INC.<br>JEAN ALLARD<br><br>GEORGE KELM<br>GARY E. MACDOUGAL<br>W. Donald McSweeney, Esq.<br>Schiff, Hardin & Waite<br>7200 Sears Tower<br>233 South Wacker Drive<br>Chicago, Illinois 60606<br><br>ROBERT H. LANDER<br><br>Michael D. Dempsey, Esq.<br>Finley, Kumble, Wagner, Heine,<br>Underberg, Manley & Casey<br>9100 Wilshire Blvd.<br>Beverly Hills, CA 90212<br><br>ROY L. ASH<br>Milton Sherman, Esq.<br>Kaye, Scholer, Fierman, Hays<br>& Handler<br>425 Park Avenue<br>New York, New York 10022<br><br>PRICE WATERHOUSE & CO.<br>Louis C. Lustenberger, Jr., Esq.<br>Donovan, Leisure, Newton & Irvine<br>30 Rockefeller Plaza<br>New York, New York 10112<br><br>JAMES R. MELLOR<br>Michael I. Smith, Esq.<br>Freedman, Levy, Kroll & Simonds<br>1730 K. Street, N.W., Suite 1100<br>Washington, D.C. 20006<br><br>NEW COURT SECURITIES CORPORATION | JOHN P. BIRKELUND<br>WALTER E. HANSON<br>RICHARD M. PAGET<br>Thomas F. Curnin, Esq.<br>Cahill, Gordon & Reindel<br>80 Pine Street<br>New York, New York 10005<br><br><br>LOU RONCARATI, ET AL. (B-15)<br>David B. Gold, Esquire<br>Paul F. Bennett, Esquire<br>120 Montgomery Street<br>Suite 650<br>San Francisco, Calif. 94104 |
| PUTNAM L. CRAFTS, JR.<br>ARTHUR KELLY<br>(Unable to determine counsel for<br>these defendants) | C. C. FREEMAN<br>W. H. FRANK<br>W. R. DRIVER, JR.<br>F. R. ECKLEY, JR.<br>A. F. KELLY<br>P. E. GRAY<br>HUGH KNOWLTON, JR.<br>P. E. PRIEST<br>R. F. MURPHY<br>F. H. WOODS<br>R. Q. ARMINGTON<br>C. L. DAVIS<br>(DEFENDANTS IN B-15)<br>Unable to determine counsel or addresses<br>for above defendants -- Please advise<br>the Panel if addresses are known.<br><br>RICHARD B. BLACK (B-16)<br>Harry P. Lamberson, Esquire<br>Chapman & Cutler<br>111 West Monroe Street<br>Suite 1600<br>Chicago, Illinois 60603<br><br>JAMES H. COMBES<br>William B. Campbell, Esq.<br>Paul, Hastings, Janofsky & Walker<br>22 Fl., 555 S. Flower St.<br>Los Angeles, CA 90071 |

JPML FORM 2A -- Continuation

Counsel of Record -- p._____

DOCKET NO.  494  --  Motion filed 6/21/84 -- p.3  *B-17*

ROBERT POLLOCK
Richard A. Bello, Esq.
Barr & Bello
370 Seventh Avenue
New York, New York  10001

HERBERT SILVERBERG
Harvey Greenfiled, Esq.
19 West 44th Street
New York, New York  10036

ROBERT G. MORRIS
I. Walton Bader, Esq.
Bader & Bader
65 Court Street
White Plains, New York  10601

MARTINA RUCCI
GEORGE KRAUSE
Bernard M. Gross, Esq.
Gross & Sklar, P.C.
1500 Walnut Street
Sixth Floor
Philadelphia, Pennsylvania  19102

LOU RONCARTI
RONALD RONCARTI
David B. Gold, Esq.
120 Montgomery Street
Suite 650
San Francisco, California  94104

PAUL GRAY
Fried, Frank, Harris, Shriver
 & Jacobson
One New York Plaza
New York, New York  10004

PAUL PRIEST
Taylor R. Briggs, Esq.
LeBoeuf, Lamb, Leiby & MacRae
520 Madison Avenue
New York, New York  10022

ROTHSCHILD, INC.
John Allee, Esq.
Hughes, Hubbard & Reed
One Wall Street
New York, New York  10005

GEORGE KELM
GARY E. MacDOUGAL
W. Donald McSweeney, Esq.
Schiff, Hardin & Waite
7200 Sears Tower
233 South Wacker Drive
Chicago, Illinois  60606

NEW COURT SECURITIES CORPORATION
(Unable to determine counsel or
 address)

JEAN ALLARD
Sonnenschien, Carlin, Nath
 & Rosenthal
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois  60606

PHILLIP L. ALLEN
28 South Winston
Palatine, Illinois  60067

R. Q. ARMINGTON
R.D. 3, 7921 Eagle Road
Willoughby, Ohio  44094

PAUL W. BLATNICKY
34845 Lakeview Drive
Cleveland, Ohio  44139

CHARLES L. DAVIS
St. Frances Inn
279 St. George Street
St. Augustine, Florida  32084

JPML FORM 2A -- Continuation

Counsel of Record -- p. _____

DOCKET NO. 494 -- *B-17 counsel only*

---

JOHN C. AMBRISTER
RAYMOND A. ANDREW
MERLE BANTA, PRESIDENT
TERRY C. BOYCE
TERRENCE J. BRUGGEMAN
ROBERT G. COO
ROBERT P. CORLETT
ALFRED T. CRAFT
ALAN G. EASTON
ROBERT H. HAGY
EDWARD E. HALE
RICHARD L. KAUFMANN
J. LEE LEDBETTER
WAYNE R. ROCKENBACH
BRUCE T. SWAN
KENNETH J. VEIL
GEORGE A.F. WEIDE
c/o AM International, Inc.
130 E. Randolph
Chicago, Illinois   60601   *Atty. Ret.*

JEAN PIERRE ARNAUDO
DANIELLE ARNAUDO
TERRY HART
c/o AM International Jacquard Systems
Applied Technological Ventures
2921 Daimler
Santa Anna, California   92702

ERROL W. BARTINE
ANTHONY SPIER
DIETER E.A. TANNENBERG
c/o AM International, Inc.
1834 Walden Office Square
Schaumburg, Illinois   60196

WILLIAM BREED, PRESIDENT
Madison Fund, Inc.   *corr. ret.*
10th & Market
New York, New York   10022

PUTNAM L. CRAFTS, JR.
885 Second Avenue, 49th Floor
New York, New York   10017

W.R. DRIVER
1184 South Street
Needham, Massachusetts   02192

ALFRED T. DUNCAN
JOEL P. FAZEKAS
DAVID L. FICKSMAN
NEIL D. MALSTEDT
JOSEPH D. McGRATH
THOMAS A. SEGEE
DAVID A. SEIDEL
c/o AM Leasing Corp.
927 N. Plum Grove Road
Schaumburg, Illinois   60195

FREDERICK R. ECKLEY, JR.
220 South Ocean Boulevard
Delray Beach, Florida   33444

DANIEL R. FISHER
c/o ECRM
205 Burlington Road
Bedford, Massachusetts   01730

DAVID FRANCIS
Rt. 3, Box 31
Waxhaw, North Carolina   28173

CLARENCE C. FREEMAN
1411 Newton Road
Lancaster, Pennsylvania   17603

JOE B. FREEMAN
7509 Spring Meadow Lane
Garland, Texas   75042

LAWRENCE J. GRILL
4622 Via Apuesta
Tarzana, California   91356

HENRY GUNDERS, Managing Agent
Price Waterhouse
1251 Avenue of the Americas
New York, New York   10020

JPML FORM 2A -- Continuation

Counsel of Record -- p._____

DOCKET NO. 494 -- Motion filed 6/21/84 -- p.5  *B-17*

---

WALTER E. HANSON
c/o Schieffelin & Co.
30 Cooper Square
New York, New York  10003

HERMAN KAHAN
545 Bedford Avenue
Brooklyn, New York  11211

HUGH KNOWLTON
150 E. 72nd Street
New York, New York  10021

GEORGE A. KRAUS
102 Kilburn Road So.
West Hempstead, N.Y.  11552

CHARLES VICTOR MEYER
26 Horizon Drive
Mendham, New Jersey  07945

MARIE MITCHELL
1909 Carmel Ridge Road
Charlotte, North Carolina  28211

META MORRISSON
176 Oxford Road
New Rochelle, New York  10804

JAMES PETTIT
2101 Beverly Drive
Charlotte, North Carolina  28207

CARL RUPPERT, Managing Agent
Price Waterhouse, International
1801 K Street, N.W.
Washington, D.C.  20006

ROBERT H. TRENKAMP
48 Silver Lake Drive
Summit, New Jersey  07901

JOSEPH A. VERDERBER
Varityper
11 Mt. Pleasant Avenue
East Hanover, New Jersey  07936

MARCUS WEISMAN
274 Madison Avenue
New York, New York  10002

GEORGE WIKE
303 W. Stewart Street
Mooseville, North Carolina  28115

JERRY O. WILLIAMS
Bruning Division
1800 W. Crest Drive
Itasca, Illinois  60143

WILLIAM C. ZEEB
Multigraphics
1800 W. Central
Mt. Prospect, Illinois  60056


UNABLE TO DETERMINE COUNSEL OR ADDRESS
FOR THE FOLLOWING DEFENDANTS:

  Wayne R. Rockenbach
  Barry Zukerman
  R.E. Murphy
  W.H. Frank
  E.D.D. Bald
  A.L. Barrio
  Armando Bezzera
  Michael Briner
  Kenneth D. Blum
  V.R. Borneman
  M.A. Braun
  G. Murray Brown
  Alberto Cabalerro
  B. Combernous
  C.H. Dining
  Edgar G. Eilts
  Gerhard Farr
  A.C. Ferguson
  Andrew Ian Forbes      continued

JPML FORM 2A -- Continuation

Counsel of Record -- p._____

DOCKET NO. 494 -- _B-11 Counsel Only_

| | |
|---|---|
| Y. Fujimara | Sebastian Soares |
| K. Fujiyama | U. Sonderman |
| Jose Luis Garcia | J. Tabatha |
| Richard Garner | H. Tagher |
| A. Gilbert-Johns | K. Tanaka |
| Paul Gmuer | Ibsen Adao Tenai |
| C. Goetz | F.A. Tilbury |
| Jorgen Gorrissen | George Tomlinson |
| J. Greaves | A.J. Van Ziji |
| Izumi Hayakawa | George J. Vostka |
| Kaj B. Henricksen | Klaus Voss |
| L. Hoffman | A.B. Wierderkehr |
| K. Hoya | Klaur Wissenbach |
| Karl John | Sol Zichter |
| Karl H. Joswig | |
| Markku Karasjarvi | |
| Lawrence Kipp | |
| W.O. Krug | |
| W. Kwist | |
| T.F.E. Lane | |
| Gustav Langenskiold | |
| Henrik Langenskiold | |
| Maduro & Curiel's Trust Co., N.V. | |
| Joseph Marien | |
| P.J. McCorkell | |
| G. Middendrop | |
| H. Nagasaka | |
| B.T. Nilsson | |
| A. Obston | |
| Bjorn Opheim | |
| R.C. Osborne | |
| Hamilton Ruebens Petrone | |
| Jose Petrone | |
| Jose Roberto Petrone | |
| N. Pillai | |
| Augustin Ortiz Pinchetti | |
| D. Ronald Reason | |
| Charles Richards | |
| Robert C. Richards | |
| Erkki Rinne | |
| G.S. Rogers | |
| Helmut Schloegel | |
| Michael Scholtyssik | |
| R. Smart | |

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __494__ -- In re AM International Inc. Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| R̶O̶X̶X̶'<br>Ash, Roy L. | 1,2,3,4,5,6,8,9,11,B-15,14,17 |
| Lander, Robert H. | 1,2,4,6,8,9,11,B-15,16,17 |
| Mellor, James R. | 1,2,3,4,5,6,7,8,9,11,B-15,16,17 |
| Birkelund, John P. | 1,3,4,5,6,7,8,9,11,B-15,17 |
| AM International, Inc. | 1,2,3,4,5,7,8,9,10,11,B-15,16,17 |
| Price Waterhouse & Co. | 1,2,3,4,5,6,7,8,9,10,B-15,16,B-17 |
| Allard, Jean | 3,7,B-17 |
| Black, Richard B. | 3,7,11,17 |
| Birkelund, John P.<br>*See Above* | |
| Crafts, Jr., Putnam L. | 3,7,B-17 |
| Hanson, Walter E. | 3,5,7,B-15,B-17 |

p. 2

| | | |
|---|---|---|
| ✓ | Kelly, Arthur | 3, 7, B-15, 17 |
| ✓ | Kelm, George | 3, 7, B-15, B-17 |
| ✓ | MacDougel, Garry E. | 3, 7, B-17 |
| ✓ | Paget, Richard M. | 3, 7, B-15, 17 |
| ✓ | New Court Securites Corp. | 3, 4, 6, 7, 9 |
| ✓ | Combes, James H. | B-15, 16, 17 |
| ✓ | Freeman, C. C. | B-15, B-17 |
| ✓ | W. H. Frank | B-15, B-17 |
| ✓ | Oriver, W. R. | B-15, B-17 |
| | Eckley, F. R. | B-15 |
| ✓ | Gray, P. E. | B-15, 17 |

JPML FORM 3

p. _3_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _494_ -- _____

| | Name of Party | Named as Party in Following Actions |
|---|---|---|
| ✓ | Hugh Knowlton, Jr. | B-15, B-17 |
| ✓ | P.E. Priest | B-15, B-17 |
| ✓ | Murphy, R. F. | B-15, B-17 |
| | Woods, F. H. | B-15 |
| ✓ | Remington, R. G. | B-15, B-17 |
| ✓ | Davis, C. C. | B-15, B-17 |
| | ~~Arthur John Ledbetter, Jr.~~ J. Lee Ledbetter | B-17 |
| | Raymond A. Andrew | B-17 |
| | Wayne R. Rockenbach | B-17 |
| | Anthony Spin | B-17 |
| | Merle H. Banta | B-17 |

p. 4

| | |
|---|---|
| Joe B. Freeman | B-17 |
| Barry Zukerman | B-17 |
| John C. Ambrister | B-17 |
| Errol W. Bartine | B-17 |
| Terence J. Bruggeman | B-17 |
| Joseph A. Venlueber | B-17 |
| Jerry O. Williams | B-17 |
| Robert R. Hagy | B-17 |
| Edward E. Hale | B-17 |
| George A. F. Weir | B-17 |
| Kenneth J. Keil | B-17 |
| Terry C. Boyce | B-17 |
| William C. Zaub | B-17 |
| Robert G. Coo | B-17 |
| Phillip L. Allen | B-17 |
| Danielle Arnaudo | B-17 |
| Paul W. Blaticky | B-17 |
| Kenneth D. Blum | B-17 |
| V. R. Borneman | B-17 |
| M. A. Braun | B-17 |

JPML FORM 3

p. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 494 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| G. Murray Brown | B-17 |
| Alberto Caballero | B-17 |
| Robert P. Corlett | B-17 |
| Alfred T. Craft | B-17 |
| C. H. Dening | B-17 |
| Alfred T. Duncan | B-17 |
| Alan G. Easton | B-17 |
| Frederick R. Eckley | B-17 |
| Edgar G. Eilts | B-17 |
| Gerhard Fan | B-17 |
| A. C. Ferguson | B-17 |
| Daniel R. Fisher | B-17 |
| Andrew San Forbes | B-17 |
| Richard Garner | B-17 |
| Lawrence J. Grill | B-17 |
| Terry Hart | B-17 |
| Richard L. Kaufmann | B-17 |
| George Kelm | B-17 |
| Lawrence Kipp | B-17 |
| Madeno + Curiel's Trust Co., N.V. | B-17 |
| Joseph Marien | B-17 |
| Joseph McGrath | B-17 |

p. ___4___

| | |
|---|---|
| Charles V. Meyer | B-17 |
| Charles Richards | B-17 |
| G. S. Rogers | B-17 |
| David A. Seidel | B-17 |
| Bruce T. Swan | B-17 |
| E. D. Dubowski | B-17 |
| Robert Blakeney | B-17 |
| David Francis | B-17 |
| Marie Mitchell | B-17 |
| James Petit | B-17 |
| George Wike | B-17 |
| George Krause | B-17 |
| Herbert Silverberg | B-17 |
| William Kass | B-17 |
| Daniel Kass | |
| Jon Roncarati | B-17 |
| Ronald Roncarati | |
| Frederick Rand | B-17 |
| Marcus Weisman | B-17 |
| Robert Hyman | B-17 |
| Robert G. Morris | B-17 |

JPML FORM 3

p. _1_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _494_ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Robert Pollock<br>Carol Pollack | B-17 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |